UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARIELLE FLETCHER,<br><br>    Plaintiff,<br><br>vs.<br><br>GATEWAY GROUPONE, BENJAMIN OKOLI, STATE OF NEW JERSEY, COUNTY OF ESSEX, CITY OF NEWARK, CITY OF ELIZABETH, EMERSON RUSSELL, MAINTENANCE COMPANY AVIATION,<br><br>    Defendants. | Civil Action No. 2:20-CV-3413<br><br><br><br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Robert F. Varady, Esq. hereby enters an appearance on behalf of defendants, City of Elizabeth, in the above-captioned matter.

                         LaCorte, Bundy, Varady & Kinsella

Dated:  August 7, 2020             s/Robert F. Varady
                          Robert F. Varady, Esq.
                          LaCorte, Bundy, Varady & Kinsella
                          989 Bonnel Court
                          Union, New Jersey 07083
                          Attorney ID No. 022421977