# J.A. Rakofsky
# Injury & Accident Law, LLC

P.O. Box 32250 ● Newark, NJ 07102 ● Tel. 888.977.0090 ● Fax. 888.977.4711

August 12, 2020

**Via e-File:**
To:    Hon. Katharine S. Hayden, U.S.D.J.
United States District Court
Martin Luther King Building
50 Walnut Street
Newark, NJ 07101

**RE:**    Arielle Fletcher v. Gateway Group One, *et al*.
Docket: 2:20-cv-03413-KSH-CLW

Dear Judge Hayden,

    I hope Your Honor is well. Please find attached Affidavits of Service for Defendants, Gateway Group One, Emmerson Russell Company Aviation, Benjamin Okoli, City of Newark and City of Elizabeth. (See **Exhibit A**.) While we tried several times to serve Defendants, County of Essex and State of New Jersey, our process servers were unable to do so. They wrote, "the business at the given Newark, NJ address is closed due to Covid." (See **Exhibit B and C**.) Therefore we respectfully request that these Defendants not be dismissed from the instant matter, so that we have a fair opportunity to serve them.

    If Your Honor has any further questions, please do not hesitate to make contact with us. Thank you.

Respectfully submitted,

/s/ *Joseph Rakofsky*

Joseph Rakofsky, Esq.
Cell: (917) 319-2699