# J.A. RAKOFSKY
# INJURY & ACCIDENT LAW, LLC

P.O. BOX 32250 ● NEWARK, NJ 07102 ● Tel. 888.977.0090 ● Fax. 888.977.4711

October 8, 2020

**Via e-File:**
To:   Hon. Katharine S. Hayden, U.S.D.J.
      United States District Court
      Martin Luther King Building
      50 Walnut Street
      Newark, NJ 07101

**RE:   Arielle Fletcher v. Gateway Group One, *et al*.
        Docket: 2:20-cv-03413-KSH-CLW**

Dear Judge Hayden,

      I hope Your Honor is well. Please find attached three websites, which expressly state the City of Elizabeth possesses an ownership interest in Newark Liberty International Airport.

      While we were under the impression that City of Elizabeth owned some portion of the airport when we filed the Amended Complaint, we also believe, at least at this time, after having read Defendant, City of Elizabeth's motion that, Mr. Holzapfel, who has, over the course of some twenty-seven years, worked as an attorney for the City of Elizabeth, would know at least as well as the publications we discovered online whether City of Elizabeth is, in fact, a partial owner of Newark Liberty International Airport. He has provided a Certification stating that he has knowledge that City of Elizabeth has no ownership interest in the airport. Therefore, we are willing to consent to dismiss City of Elizabeth, without prejudice, so that, if we should discover any additional evidence of its ownership of Newark Liberty International Airport, Plaintiff can bring City of Elizabeth back into this litigation without undue difficulty or prejudice.

      We would also add that, it is unfortunate that City of Elizabeth's counsel, Mr. Varady, made no effort to communicate with me prior to his filing of the instant motion and wasting valuable Judicial resources, especially Your Honor's time. He made no effort to avoid this, which is sad.

      If Your Honor has any further questions, please do not hesitate to make contact with us. Thank you.

Respectfully submitted,

/s/ *Joseph Rakofsky*

# J.A. RAKOFSKY
# INJURY & ACCIDENT LAW, LLC

P.O. BOX 32250 ● **NEWARK**, NJ 07102 ● Tel. 888.977.0090 ● Fax. 888.977.4711

Joseph Rakofsky, Esq.
Cell: (917) 319-2699