**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
(973) 577-6260
*Attorneys for Defendant Gateway Security Inc.*
*Sued herein as Gateway Group One*

| | |
|---|---|
| ARIELLE FLETCHER,<br><br>                    Plaintiff,<br><br>v.<br><br>GATEWAY GROUP ONE,<br>BENJAMIN OKOLI,<br>STATE OF NEW JERSEY,<br>COUNTY OF ESSEX,<br>CITY OF NEWARK,<br>CITY OF ELIZABETH,<br>EMERSON RUSSELL,<br>MAINTENANCE COMPANY AVIATION,<br><br>                    Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 20-cv-03413 (KSH)(CLW)<br><br>**DECLARATION** |

**HARI SINGH** declares as follows under the penalties of perjury:

1.  I am the Chief Financial Officer of Gateway Security Inc., sued herein as Gateway Group One ("Gateway"). I submit this certification in support of Gateway's motion to dismiss.

2.  I understand that Plaintiff's Complaint asserts claims under Title VII of the Civil Rights Act for which she is required to first submit a charge of discrimination to the Equal Employment Opportunity Commission. Gateway has never been advised of any such EEOC proceeding against it having been filed.

3.  I understand that Plaintiff claims to have served Gateway with the Summons and Complaint on March 31, 2020, by leaving it with a Ms. Kirby at our office. Gateway has never employed anyone by that name. It appears service was not made upon Gateway properly. In the same regard, the supposed service on Benjamin Okoli at that address cannot have been made to Ms.

4826-3193-0830.1

Kirby, and it would not have been proper to serve him at our office in any event because he was last employed by Gateway on September 29, 2020.

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Hari Singh*
HARI SINGH

Dated: October 13, 2020

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
(973) 577-6260
*Attorneys for Defendant Gateway Group One*

| | |
|---|---|
| ARIELLE FLETCHER,<br><br>                    Plaintiff,<br><br>v.<br><br>GATEWAY GROUP ONE,<br>BENJAMIN OKOLI,<br>STATE OF NEW JERSEY,<br>COUNTY OF ESSEX,<br>CITY OF NEWARK,<br>CITY OF ELIZABETH,<br>EMERSON RUSSELL,<br>MAINTENANCE COMPANY AVIATION,<br><br>                    Defendants. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 20-cv-03413 (KSH)(CLW)<br><br>**ORDER** |

THIS MATTER BEING opened to the Court on motion of Peter T. Shapiro, Esq., of the firm of Lewis Brisbois Bisgaard & Smith LLP, attorneys for defendant Gateway Group One, and the Court having considered the papers of counsel and good cause appearing;

IT IS, on this _____ day of _____, 2020,

ORDERED that this action is dismissed with prejudice as to Gateway Group One, based on Plaintiff's failure to exhaust her administrative remedies.

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

      Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on October ___, 2020, he caused to be served and filed via ECF the Notice of Motion, Shapiro Certification, proposed Order and Memorandum of Law. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                                 /s/ Peter T. Shapiro
                                                                                    Peter T. Shapiro