**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
(973) 577-6260
*Attorneys for Defendant Gateway Security Inc. sued herein as Gateway Group One*

| | |
|---|---|
| ARIELLE FLETCHER,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY GROUP ONE,<br>BENJAMIN OKOLI,<br>STATE OF NEW JERSEY,<br>COUNTY OF ESSEX,<br>CITY OF NEWARK,<br>CITY OF ELIZABETH,<br>EMERSON RUSSELL,<br>MAINTENANCE COMPANY AVIATION,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 20-cv-03413 (KSH)(CLW)<br><br>**ORDER** |

THIS MATTER BEING opened to the Court on motion of Peter T. Shapiro, Esq., of the firm of Lewis Brisbois Bisgaard & Smith LLP, attorneys for defendant Gateway Group One, and the Court having considered the papers of counsel and good cause appearing;

IT IS, on this _____ day of _____, 2020,

ORDERED that this action is dismissed with prejudice as to Gateway Security Inc., incorrectly sued herein as Gateway Group One, based on Plaintiff's failure to exhaust her administrative remedies and failure to properly and timely effect service of process.

_____
U.S.D.J.

4837-1831-5470.1