## **CERTIFICATE OF SERVICE**

      Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on October 13, 2020, he caused to be served and filed via ECF the Notice of Motion, Shapiro Certification, proposed Order and Memorandum of Law. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

      /s/ Peter T. Shapiro
      Peter T. Shapiro