**KENYATTA K. STEWART, CORPORATION COUNSEL**
**CITY OF NEWARK-DEPARTMENT OF LAW**
**920 BROAD STREET, ROOM 316**
**NEWARK, NEW JERSEY 07102**
Attorney for Defendant City of Newark

By:   Gary S. Lipshutz, Esq.
      Assistant Corporation Counsel
      Telephone: (973) 733-5945
      Facsimile: (973) 733-5394
      Email: lipshutzg@ci.newark.nj.us

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ARIELLE FLETCHER,** | Civ. No. 2:20-cv-3413-KSH-CLW |
| Plaintiff, | Honorable Katharine S. Hayden, U.S.D.J. |
| v. | Honorable, Cathy L. Waldor, U.S.M.J. |
| **CITY OF NEWARK et al.,** | **NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| Defendants. | |

To:

Joseph Rakofsky, Esq.
INJURY & ACCIDENT LAW ROKAFSKY, LLC
P.O. Box 23350
Newark, New Jersey, 07102

Counsel:

**PLEASE TAKE NOTICE** that the **Defendant City of Newark**, will apply to the above-named Court, on November 16, 2020, for an Order Dismissing the Amended Complaint.

**TAKE FURTHER NOTICE,** that the Defendant shall rely upon the annexed Brief, and,

**TAKE FURTHER NOTICE**, that **oral argument is requested.**

                                        KENYATTA STEWART
                                        CORPORATION COUNSEL
                                        **Attorney for Defendants**

                                        By: /s Gary S. Lipshutz
                                               Gary S. Lipshutz, Esq.
                                               Assistant Corporation Counsel

Dated: October 16, 2020