# LA CORTE, BUNDY, VARADY & KINSELLA
## ATTORNEYS AT LAW

| | |
|---|---|
| NICHOLAS S. LA CORTE (1911-1978) | 989 BONNEL COURT |
| GARY A. BUNDY | UNION, NJ 07083 |
| ROBERT F. VARADY*† | (908) 810-0500 |
| CHRISTOPHER J. KINSELLA* | FAX: (908) 810-0513 |
| _____ | |
| CHRISTINA M. DIPALO* | 97 APPLE STREET • SUITE 7 |
| _____ | TINTON FALLS, NJ 07724 |
| OF COUNSEL | PLEASE FORWARD ALL MAIL |
| JOHN F. MALONE | TO THE UNION OFFICE |
| ANNE K. FRAWLEY | |
| | E-Mail: RVarady@LBVKlaw.com |
| *NY BAR | |
| †CERTIFIED CIVIL TRIAL ATTORNEY | |

October 21, 2020

**Via ECF**
Hon. Katharine S. Hayden, U.S.D.J.
United States District Court
District of New Jersey
M.L.K., Jr., Federal Building
   & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:  **Arielle Fletcher v. Gateway Group One, et al.**
        **Civil Action No.: 2:20-cv-3413-KSH-CLW**

Dear Judge Hayden:

  This firm represents the City of Elizabeth in connection with the above-referenced matter. We are in receipt of Mr. Rakofsky's letter dated October 20, 2020. We believe all issues raised in his letter are addressed in our pending motion. We have no objection to any opposition that Mr. Rakofsky may seek to file in response to the motion

        Respectfully submitted,

        LA CORTE, BUNDY, VARADY & KINSELLA

        By: *s/Robert F. Varady*

          Robert F. Varady, Esq.

cc:  All counsel (via electronic filing)