# J. A. R<small>AKOFSKY</small>
# I<small>NJURY</small> & A<small>CCIDENT</small> L<small>AW</small>, LLC

P.O. B<small>OX</small> 32250 ● N<small>EWARK</small>, NJ 07102 ● Tel. 888.977.0090 ● Fax. 888.977.4711

November 1, 2020

**Via e-File:**

To:    Hon. Katharine S. Hayden, U.S.D.J.
United States District Court
Martin Luther King Building
50 Walnut Street
Newark, NJ 07101

**RE:**    **Arielle Fletcher v. Gateway Group One,** *et al*.
**Docket: 2:20-cv-03413-KSH-CLW**

Dear Judge Hayden,

    I hope Your Honor is well. Please find attached Plaintiff's Opposition to Defendant, Gateway Group One's Motion to Dismiss. I hired an attorney to manage this case, but at only the last minute, he informed me that he was unable to draft the Opposition. Accordingly, at the last minute, I was required to drop everything, in order for me to draft and file it. Therefore, to the extent that this Opposition may be slightly tardy, I respectfully request that it be considered timely under the circumstances.

    If Your Honor has any further questions, please do not hesitate to make contact with us. Thank you.


Respectfully submitted,

/s/ *Joseph Rakofsky*

Joseph Rakofsky, Esq.