**COURTNEY M. GACCIONE, COUNTY COUNSEL**
**OFFICE OF THE ESSEX COUNTY COUNSEL**
**465 Dr. Martin Luther King, Jr., Blvd.**
**Hall of Records, Room 535**
**Newark, New Jersey 07102**
**Attorneys for Defendant, County of Essex**

**By:** **Handel T. Destinvil, Esq.**
   **hdestinvil@counsel.essexcountynj.org**
   **Assistant County Counsel**
   **NJ Bar ID# 129102015**
   **Telephone: (973) 621-2706**
   **Facsimile: (973) 621-4599**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ARIELLE FLETCHER,**<br><br>   Plaintiff,<br><br>v.<br><br>**GATEWAY GROUP ONE, BENJAMIN OKOLI, et als.**<br><br>   Defendants. | Civil Case No. 2:20-cv-03413 (KSH-CLW) |

**DEFENDANT, COUNTY OF ESSEX'S NOTICE OF MOTION TO DISMISS PURSUANT TO *FED. R. CIV. P.* 12(b)(6)**

TO:   Joseph Rakofsky, Esq.
   Injury & Accident Law Rakofsky, LLC
   P.O. Box 32250
   Newark, New Jersey 07102
   Counsel for Plaintiff, Arielle Fletcher

   **COUNSEL**:

**PLEASE TAKE NOTICE** that the **Defendant, County of Essex ("County")** will apply to the United States District Court, District of New Jersey at the Frank Lautenberg Post Office & U.S. Courthouse, located at 2 Federal Square, Newark, New Jersey, 07101, on **Tuesday, January 19, 2021**, or as soon thereafter as counsel may be heard, for an Order granting the County's motion to dismiss the claims against the County.

**TAKE FURTHER NOTICE**, that the County shall rely upon the annexed Brief and the Certification of Handel T. Destinvil, Esq.; and

**TAKE FURTHER NOTICE**, that **no oral argument is requested**; and

**TAKE FURTHER NOTICE** that a proposed form of Order is attached.

        **COURTNEY M. GACCIONE, COUNTY COUNSEL**
        **OFFICE OF THE ESSEX COUNTY COUNSEL**
        Attorney for Defendant, County of Essex

        By:   **/s/ Handel T. Destinvil**_____
           Handel T. Destinvil, Esq.
           Assistant County Counsel

Dated:  December 15, 2020

## CERTIFICATION OF MAILING AND SERVICE

1. I hereby certify that a copy of the County of Essex Defendants' Notice of Motion, Brief, Certification of Handel T. Destinvil, Esq., and proposed form of order were served this date, via EM/ECF to:

>Joseph Rakofsky, Esq., Injury & Accident Law Rakofsky, LLC
>Via Electronic Filing: TrialLawyerUSA@gmail.com
>Counsel for Plaintiff, Arielle Fletcher
>
>Robert F. Varady, Esq., LaCorte, Bundy, Varady & Kinsella,
>Via Electronic Filing: rvarady@lbvklaw.com
>Counsel for Defendant, City of Elizabeth
>
>Peter T. Shapiro, Esq., Lewis Brisbois Bisgaard & Smith LLP
>Via Electronic Filing: Peter.Shapiro@lewisbrisbois.com
>Counsel for Defendant, Gateway Security Inc., d/b/a Gateway Group One
>
>Gary S. Lipshutz, Esq., First Asst. Corporation Counsel, City of Newark Law Dept.
>Via Electronic Filing: lipshutzg@ci.newark.nj.us
>Counsel for Defendant, City of Newark

**I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.**

             **COURTNEY M. GACCIONE, COUNTY COUNSEL**
             **OFFICE OF THE ESSEX COUNTY COUNSEL**
             Attorney for Defendant, County of Essex

             By: **/s/ Handel T. Destinvil**
               Handel T. Destinvil, Esq.
               Assistant County Counsel

Dated:  December 15, 2020