

December 15, 2020

**VIA ELECTRONIC CASE FILING**
Honorable Katharine S. Hayden
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

        Re: Arielle Fletcher v. Port Authority of New York And New Jersey, et al.
           Civil Action No.: 2:20-cv-03413-KSH-CLW

Dear Judge Hayden:

This office represents defendant Port Authority of New York and New Jersey in the above-referenced action and I am the assigned attorney. I am writing to request an extension of time to respond to the complaint from December 30, 2020 to January 29, 2021. Plaintiff's counsel, Joseph Rakofsky, has consented to this extension, which is the Port Authority's first request for additional time. This extension of time does not affect any other scheduled dates.

Respectfully requested,

/s/ Megan Lee
────────────────
Megan Lee, Esq.
(212) 435-3435

cc:  Joseph Rakofsky, Esq.
     Attorney for Plaintiff
     (via ECF)