# J. A. RAKOFSKY
# INJURY & ACCIDENT LAW, LLC

P.O. BOX 32250 ● NEWARK, NJ 07102 ● Tel. 888.977.0090 ● Fax. 888.977.4711

January 3, 2021

**Via e-File:**

To: Hon. Katharine S. Hayden, U.S.D.J.
United States District Court
Martin Luther King Building
50 Walnut Street
Newark, NJ 07101

RE: Arielle Fletcher v. Gateway Group One, *et al*.
Docket: 2:20-cv-03413-KSH-CLW

Dear Judge Hayden,

I hope Your Honor is well. Please find attached Plaintiff's Opposition to Defendant, County of Essex's Motion to Dismiss.

If Your Honor has any further questions, please do not hesitate to make contact with us. Thank you.

Respectfully submitted,

/s/ *Joseph Rakofsky*

Joseph Rakofsky, Esq.