

March 15, 2021

**VIA ELECTRONIC FILING**

Hon. Katharine S. Hayden U.S.D.J.
United States District Court
District of New Jersey
M.L.K., Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   RE: Arielle Fletcher, v. Gateway Group One, et al.
      Civil Action No.: 2:20-cv-3413-KSH-CLW

Dear Judge Hayden:

We represent the Port Authority of New York and New Jersey in the above-referenced action. On March 10, 2021 plaintiff's counsel served opposition to the Port Authority's motion to dismiss, which was returnable on March 1, 2021. With said motion, plaintiff's counsel included a letter explaining his failure to timely serve opposition to the Port Authority's motion, rather than seeking an extension of time to serve the opposition. If the Court accepts this opposition, we respectfully request leave until March 22, 2021 to serve a reply.

Respectfully requested,


By: /s/ Megan Lee
   Megan Lee, Esq.


cc: All Counsel (via electronic filing)