

March 15, 2021

**VIA ELECTRONIC FILING**

Hon. Katharine S. Hayden U.S.D.J.
United States District Court
District of New Jersey
M.L.K., Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **RE:**    **Arielle Fletcher, v. Gateway Group One, et al.**
              **Civil Action No.: 2:20-cv-3413-KSH-CLW**

Dear Judge Hayden:

We represent the Port Authority of New York and New Jersey in the above-referenced action. On March 10, 2021 plaintiff's counsel served opposition to the Port Authority's motion to dismiss, which was returnable on March 1, 2021. With said motion, plaintiff's counsel included a letter explaining his failure to timely serve opposition to the Port Authority's motion, rather than seeking an extension of time to serve the opposition. If the Court accepts this opposition, we respectfully request leave until March 22, 2021 to serve a reply.

Respectfully requested,

By:/s/ Megan Lee
      Megan Lee, Esq.

cc:    All Counsel (via electronic filing)

**Request granted. Reply may be filed by March 22, 2021.**
**SO ORDERED this 16th day of March, 2021**

*s/Katharine S. Hayden*
**Hon. Katharine S. Hayden, U.S.D.J.**

4 World Trade Center | 150 Greenwich Street, 24th Floor | New York, NY 10007 | T: 212-435-3435 | mlee@panynj.gov