# J. A. RAKOFSKY
# INJURY & ACCIDENT LAW, LLC

P.O. BOX 32250 ● NEWARK, NJ 07102 ● Tel. 888.977.0090 ● Fax. 888.977.4711

November 5, 2021

**Via e-File:**

To:   Hon. Katharine S. Hayden, U.S.D.J.
    United States District Court
    Martin Luther King Building
    50 Walnut Street
    Newark, NJ 07101


RE:   Arielle Fletcher v. Gateway Group One, *et al*.
    **Docket: 2:20-cv-03413-KSH-CLW**

Dear Judge Hayden,

I hope Your Honor is well. The Text Order from ECF No. 66 stated, "Plaintiff shall re-title ECF No. 23 as Opposition to Motion to Dismiss by Gateway." Accordingly, the undersigned has attempted to re-file the Brief, which has been re-titled pursuant to the aforementioned Text Order, as well as all of the documents, which were originally filed in ECF No. 23.

However, the ECF system requires an active motion, in order to docket Plaintiff's Opposition correctly. The motion associated with ECF No. 23 is no longer active. Therefore, the undersigned was not provided with any way to docket the re-titled Opposition correctly.

The undersigned respectfully points out that, recently, Plaintiff filed her Opposition to a subsequent and different Motion to Dismiss, which was also filed by the same Defendant, Gateway Group One. Plaintiff's Opposition to the new Motion to Dismiss (ECF No. 68) was in response to Defendant, Gateway Group One's subsequent Motion to Dismiss (ECF No. 67).

Therefore, Judge Waldor's Court Clerk, Tim, recommended that the undersigned inquire with this Honorable Court. Therefore, the undersigned respectfully requests guidance from this Honorable Court, in order to avoid potential confusion in the instant matter.

If Your Honor has any further questions, please do not hesitate to make contact with us. Thank you.


Respectfully submitted,

# J. A. R<small>AKOFSKY</small>
# I<small>NJURY</small> & A<small>CCIDENT</small> L<small>AW</small>, LLC

P.O. B<small>OX</small> 32250 ● N<small>EWARK</small>, NJ 07102 ● Tel. 888.977.0090 ● Fax. 888.977.4711

/s/ *Joseph Rakofsky*

Joseph Rakofsky, Esq.